IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AQILA THOMAS | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  11-5771 |
| | : | |
| BALA NURSING & RETIREMENT CENTER | : : | |

### ORDER

AND NOW, this 7th day of May, 2012, upon consideration of Plaintiff's Motion to Strike Defendant's Counterclaim (Doc. No. 25) and Defendant's memorandum in opposition (Doc. No. 27), and for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Plaintiff's motion is **GRANTED** and that Defendant's Counterclaim filed on March 15, 2012 (Doc. No. 24) is **STRICKEN**.

BY THE COURT:

  /s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE