IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AQILA THOMAS | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 11-5771 |
| | : | |
| BALA NURSING & RETIREMENT CENTER | : | |

FILED
JUL - 3 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 3rd day of July, 2012, upon consideration of Bala Nursing & Retirement Center, Limited Partnership's Motion for Summary Judgment (Doc. No. 34) and accompanying Memorandum (Doc. No. 35), Plaintiff's Counter Statement of Material and Disputed Facts and accompanying Memorandum of Law (Doc. No. 36) with attached deposition testimony and other exhibits, and Defendant's reply (Doc. No. 40), as well as the extensive oral argument held on June 20, 2012 (Doc. No. 42), and for the reasons set forth in the Memorandum Opinion filed on this same date, it is hereby **ORDERED** that Defendant's motion is **DENIED**.

BY THE COURT:

_____
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE